# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MIRIAM SAMUEL, ET AL | CIVIL ACTION |
| VERSUS | NO: 06-7234 |
| UNIVERSAL HEALTH SERVICES | SECTION: "L" (4) |

## RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 16th day of May 2012

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

MAY 17 2012
REALLOTTED TO
MAG. 2

Fee
Process
X Dktd
CtRmDep
Doc. No.